**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| HONORABLE PAULA A. PATRICK,<br><br>Plaintiff,<br><br>v.<br><br>THE DAILY BEAST COMPANY LLC, *et al.*,<br><br>Defendants. | CIVIL ACTION NO. 2:22-cv-01520 |

## ENTRY OF APPEARANCE

Kindly enter my appearance on behalf of defendants The Daily Beast Company LLC and Laura Bradley in the above-captioned matter.

Dated: June 22, 2022

Respectfully submitted,

BALLARD SPAHR LLP

By: */s/ Leslie Minora*
Leslie Minora
minoral@ballardspahr.com
Identification No. 324799
1735 Market St., 51st Floor
Philadelphia, PA 19103
Tel: (215) 665-8500
Fax: (215) 988-9750

*Attorney for Defendants The Daily Beast Company LLC and Laura Bradley*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on this 22nd day of June, 2022, I caused a true and correct copy of the foregoing Entry of Appearance to be served on all counsel of record via the Court's ECF system.

                          */s/ Leslie Minora*