IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| HONORABLE PAULA A. PATRICK | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| THE DAILY BEAST COMPANY, LLC, | : | |
| ET AL. | : | NO. 22-1520 |

## <u>ORDER</u>

**AND NOW**, this 21st day of February, 2023, upon consideration of Defendants' Motion for Leave to File a Reply Brief (Docket No. 12), **IT IS HEREBY ORDERED** that the Motion is **GRANTED**.  The Clerk of Court shall docket Defendants' Reply Brief that is attached to the Motion as Exhibit A.

BY THE COURT:

/s/ John R. Padova, J.

_____

John R. Padova, J.