### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **PATRICK** | : | **CIVIL ACTION** |
| | : | |
| v. | : | |
| | : | |
| **THE DAILY BEAST COMPANY, LLC et al** | : | **NO.:  22-cv-1520** |

### O R D E R

**AND NOW**, this **13th** day of **MARCH 2023**, in accordance with the court's procedure for random reassignment of cases, it is hereby,

**ORDERED** that the above captioned is reassigned from the calendar of the Honorable John R. Padova to the Honorable Timothy J. Savage for further proceedings.

FOR THE COURT:

**JUAN R. SÁNCHEZ**
**Chief Judge**

ATTEST:

  /s/George Wylesol
**GEORGE WYLESOL**
**Clerk of Court**