IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **HONORABLE PAULA PATRICK**,<br><br>*Plaintiff,*<br><br>v.<br><br>**THE DAILY BEAST COMPANY, LLC,** *et al.*,<br><br>*Defendants.* | **Case No. 2:22-cv-01520-JDW** |

### ORDER

**AND NOW**, this 14th day of March, 2023, upon review of the Complaint in the above-captioned matter, I note the following.

1. One of the Defendants in this matter is The Daily Beast Company, LLC.

2. The citizenship of a limited liability company or other unincorporated business entity is determined by the citizenship of each of its members, partners, or beneficiaries. *See Zambelli Fireworks Mfg. Co. v. Wood*, 592 F.3d 412, 419-20 (3d Cir. 2010).

3. Before the Court acts in this case, it must confirm that it has subject matter jurisdiction.

Therefore, it is **ORDERED** that on or before March 24, 2023, Defendants shall provide the Court with information sufficient to determine whether diversity jurisdiction exists.

**BY THE COURT:**

*/s/ Joshua D. Wolson*
**JOSHUA D. WOLSON, J.**