IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **HONORABLE PAULA PATRICK**, <br><br> *Plaintiff,* <br><br> v. <br><br> **THE DAILY BEAST COMPANY, LLC,** *et al.*, <br><br> *Defendants.* | Case No. 2:22-cv-01520-JDW |

### ORDER

**AND NOW**, this 17th day of April, 2023, following a telephone conference with Counsel for the Parties, it is **ORDERED** as follows:

1. On or before May 5, 2023, Defendants may file a motion to dismiss the Amended Complaint, confined to the arguments set forth in their pre-motion letter dated April 11, 2023, and discussed during today's call; and

2. Discovery is **STAYED** pending resolution of Defendants' forthcoming motion.

BY THE COURT:

*/s/ Joshua D. Wolson*
**JOSHUA D. WOLSON, J.**