# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **HONORABLE PAULA PATRICK**, *Plaintiff,* v. **THE DAILY BEAST COMPANY, LLC,** *et al.*, *Defendants.* | **Case No. 2:22-cv-01520-JDW** |

## ORDER

**AND NOW**, this 24th day of May, 2023, upon consideration of Defendants' Motion To Dismiss For Failure To State A Claim (ECF No. 26), and for the reasons set forth in the accompanying Memorandum, it is **ORDERED** that the Motion is **GRANTED**. The Amended Complaint (ECF No. 23) is **DISMISSED WITH PREJUDICE**. The Clerk of Court shall mark this case closed for statistical purposes.

BY THE COURT:

*/s/ Joshua D. Wolson*
**JOSHUA D. WOLSON, J.**